**MADE JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MEENA DEVENDRA and MONICA BIAS,<br><br>　　　　Defendants.<br>_____<br>MEENA DEVENDRA<br><br>　　　　Crossclaimant,<br><br>　　vs.<br><br>MONICA BIAS,<br><br>　　　　Crossdefendant.<br>_____ | **Case No. CV 08-2339 GW (FMOx)**<br><br>**JUDGMENT**<br><br>**[Fed. Rule Civ. Proc. 54(b)]** |

On February 23, 2009 plaintiff-in-interpleader OM Financial Life Insurance Company's (hereinafter "OM Financial") Motion for Discharge and Recovery of Costs and Fees was heard. The Court grants this Motion, and the following is ORDERED AND ADJUDGED:

1. Judgement is granted in favor of OM Financial and against defendants-in-interpleader Meena Devendra and Monica Bias;
2. OM Financial is discharged from any further liability to defendants-in-interpleader Meena Devendra and Monica Bias;
3. OM Financial is dismissed from the above-captioned case, with prejudice; and
4. OM Financial shall recover $11,373.60, as attorney fees and costs of action, to be paid from the funds that have been interplead with the Clerk of this Court.

DATE: March 2, 2009

_____
The Honorable George H. Wu
United States District Judge